UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 2:18-mj-00113-jmc-1 |
| | ) | |
| LATEEF ATKINS, | ) | |
| Defendant | ) | |

## MOTION TO WITHDRAW

NOW COMES Steven L. Barth, Assistant Federal Public Defender, counsel for defendant Lateef Atkins, and respectfully requests an order allowing the Office of the Federal Public Defender to be withdrawn as counsel for Mr. Atkins. This motion is based on the following:

Since the appointment of this Office to represent Mr. Atkins, defense counsel has become aware of a conflict of interest that exists with a former client of the Office of the Federal Public Defender. Based on the nature of this conflict, defense counsel believes that this office is unable to represent Mr. Atkins. Counsel believes that to proceed further would violate the Vermont Rules of Professional Conduct, particularly Rule 1.7(a) and (b) with regard to conflict of interest.

WHEREFORE, counsel respectfully requests for the reasons stated that the Court grant this motion to withdraw from representing Mr. Lateef Atkins.

Dated at Burlington this 21st day of August, 2018.

By:     /s/ *Steven L. Barth*
STEVEN L. BARTH
Assistant Federal Public Defender
Office of the Federal Public Defender
126 College Street, Suite 410
Burlington, VT 05401
(802) 862-6990
Counsel for Lateef Atkins

UNITED STATES DISTRICT COURT

FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Docket No. 2:18-mj-00113-jmc-1 |
| ) | |
| LATEEF ATKINS, ) | |
|     Defendant ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August, 2018, I electronically filed <u>Motion to Withdraw</u> with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to Assistant United States Attorney, John Boscia. via john.boscia@usdoj.gov

    By:    */s/ Marsha V. Curtis*
                Marsha V. Curtis
                Paralegal

                Office of the Federal Public Defender
                126 College Street, Suite 410
                Burlington, Vermont   05401
                (802) 862-6990